UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

MAWUSI SCOTT PROPERTIES, LLC,

    Plaintiff,

v.                                                    Case No.  4:22cv88

MAIN STREET AMERICA ASSURANCE COMPANY,

    Defendant.

**ORDER**

The parties herein have reported to the court that this matter is settled.

It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record .

August 15, 2023

                                                        Arenda L. Wright Allen
                                                        United States District Judge